IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONALD WAYNE DWYER,
ADC #145533                                                                                    PLAINTIFF

V.                         CASE NO. 3:19-CV-199-DPM-BD

ANTHONY CARTER, *et al.*                                                             DEFENDANTS

# ORDER

Mail sent from the Court to Plaintiff Donald Dwyer has been returned as "undeliverable," with a notation that Mr. Dwyer is "not here." (Docket entries #4, #5) A plaintiff, such as Mr. Dwyer, who is proceeding without the help of a lawyer is required to promptly notify the Court of any change in address. Local Rule 5.5(c)(2). Therefore, Mr. Dwyer is directed to notify the Court of his current address within 30 days of this order. Failure to comply with this order may result in dismissal of this lawsuit under Local Rule 5.5(c)(2).

IT IS SO ORDERED, this 5th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE