IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONALD WAYNE DWYER,
ADC #145533                                                                                           PLAINTIFF

V.                          CASE NO. 3:19-CV-199-DPM-BD

ANTHONY CARTER, *et al*.                                                                     DEFENDANTS

## ORDER

Plaintiff Donald Wayne Dwyer, an Arkansas Department of Correction inmate, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #1) In his complaint and amended complaint, Mr. Dwyer claims that he received constitutionally inadequate medical care when he was held at the Greene County Detention Center. For screening purposes, Mr. Dwyer has stated deliberate-indifference claims against the Defendants.

The Clerk of Court is directed to prepare summonses for the Defendants. The United States Marshal is directed to serve copies of the complaint and the amended complaint, with any attachments (#1, #12), and summonses for these Defendants without requiring prepayment of fees and costs or security. Service for all Defendants should be through the Greene County Sheriff's Department, 1809 North Rockingchair Road, Paragould, Arkansas 72450.

IT IS SO ORDERED, this 17th day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE