IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONALD WAYNE DWYER,
ADC #145533                                                                                       PLAINTIFF

V.                        CASE NO. 3:19-CV-199-DPM-BD

ANTHONY CARTER, *et al*.                                                                   DEFENDANTS

## ORDER

Summonses issued to Defendants Anthony Carter, T. Glenn, T. Huggins, and K. Johnson have been returned to the Court unexecuted with the notation "refused." (Docket entries #16, #17, #18, #19) The Clerk is directed to issue new summonses for these Defendants, and the Marshal is directed to serve these Defendants *personally* with copies of the complaint and the amended complaint (#1, #12), and any attachments, without prepayment of fees and costs or posting security. Service for the Defendants should be through the Greene County Sheriff's Department, 1809 North Rockingchair Road, Paragould, Arkansas 72450.

IT IS SO ORDERED, this 13th day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE