# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DONALD WAYNE DWYER,
ADC #145533                                            PLAINTIFF

V.                 CASE NO. 3:19-CV-199-DPM-BD

ANTHONY CARTER, *et al*.                           DEFENDANTS

## ORDER

Summonses issued to Defendants Anthony Carter, T. Glenn, T. Huggins, and K. Johnson have been returned to the Court unexecuted with the notation "refused." (Docket entries #16, #17, #18, #19) By order of November 13, 2019, the Clerk was directed to issue new summonses for these Defendants, and the Marshal was directed to serve these Defendants *personally* with copies of the complaint and the amended complaint. (#20)

The Marshal has informed the Court that Shannon Anthony at the Greene County Sheriff's Department will now accept service of the summonses on behalf of the Defendants. Therefore, the Clerk is directed to issue new summonses for these Defendants, and the Marshal is directed to serve these Defendants with summons, complaint, and amended complaint (#1, #12), and any attachments, without prepayment of fees and costs or posting security.

Service for the Defendants should be through Shannon Anthony at the Greene County Sheriff's Department, 1809 North Rockingchair Road, Paragould, Arkansas 72450.

IT IS SO ORDERED, this 22nd day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE