IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DONALD WAYNE DWYER,                                                    PLAINTIFF
ADC #145533

v.                        Case No. 3:19-cv-00199-LPR

ANTHONY CARTER, *et al.*                                      DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 26th day of February 2020.

_____
UNITED STATES DISTRICT JUDGE